UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | CORPORATE DISCLOSURE STATEMENT<br><br>Case No. 24-cv-7183 |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff American Civil Liberties Union Foundation ("ACLU") hereby certifies that as of this filing, ACLU has no parent company, subsidiaries, and/or affiliates, and no publicly held corporation owns 10% or more of its stock.

Respectfully submitted on this 23rd of September, 2024.

| | |
|---|---|
| Eunice H. Cho*<br>American Civil Liberties Union Foundation<br>National Prison Project<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Phone: (202) 548-6616<br>echo@aclu.org | /s/ *Wafa Junaid*<br>Wafa Junaid<br>Daniel Galindo*<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>125 Broad Street, 19th Floor<br>New York, New York 10004<br>Phone: (212) 549-2500<br>wjunaid@aclu.org<br>dgalindo@aclu.org |
| Kyle Virgien* | My Khanh Ngo* |

1

| | |
|---|---|
| American Civil Liberties Union Foundation<br>National Prison Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Phone: (415) 343-0770<br>kvirgien@aclu.org | American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>425 California Street, 7th Floor<br>San Francisco, CA 94104<br>Phone: (415) 343-0770<br>mngo@aclu.org<br><br>*Counsel for Plaintiff*<br>\**pro hac vice* applications forthcoming |