# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *Plaintiff*, v. UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *Defendant*. | **AFFIDAVIT OF SERVICE** Case No. 1:24-cv-7183-VEC |

I, Kelsey Raymond, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Chesterfield, NJ.

2. On October 1, 2024, I served a true copy of the:

    - Complaint for Declaratory and Injunctive Relief with the annexed Exhibits A-E
    - Civil Cover Sheet
    - Corporate Disclosure Statement
    - Summons in a Civil Action
    - Individual Rules and Practices of Judge Valerie E. Caproni
    - Notice of Initial Pretrial Conference

by Certified Mail, Return Receipt Requested by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

United States Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW
Mail Stop 5900
Washington, DC 20536-5900
(Certified Mail No. 9589 0710 5270 2357 6016 16)

Assistant Attorney General for Administration
U.S. Department of Justice
Justice Management Division
950 Pennsylvania Avenue, N.W., Room 1111
Washington, D.C. 20530
(Certified Mail No. 9589 0710 5270 2357 6015 93)

3. Copies of the receipts for the certified mailings are attached hereto and made a part hereof.

_____
Kelsey Raymond

TERRENCE HORSLEY
Notary Public, State of New Jersey
Comm. # 2229180
My Commission Expires 9/2/2029

NOTARY PUBLIC

Sworn to me this 1st day of October, 2024

