**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION,

*Plaintiff,*

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,

*Defendant.*

**AFFIDAVIT OF SERVICE**

Case No. 1:24-cv-7183-VEC

I, Kelsey Raymond, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and reside in Chesterfield, NJ.
2. On October 1, 2024, I served a true copy of the Notice of Initial Pretrial Conference

by Certified Mail, Return Receipt Requested by depositing same in a post-paid properly addressed envelope, in an official depository under the exclusive care and custody of the U.S. Postal Service upon:

United States Attorney's Office for the Southern District of New York
Civil Process Clerk
86 Chambers Street, 3rd Floor
New York, NY 10007
(Certified Mail No. 9589 0710 5270 2357 6016 09)

3. Copies of the receipts for the certified mailings are attached hereto and made a part hereof.

Kelsey Raymond

TERRENCE HORSLEY
Notary Public, State of New Jersey
Comm. # 2229180
My Commission Expires 9/2/2029

NOTARY PUBLIC

Sworn to me this 1st day of October, 2024

9589 0710 5270 2357 6016 09

U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

New York, NY 10007

OFFICIAL USE

Certified Mail Fee $ $4.85

Extra Services & Fees *(check box, add fee as appropriate)*

- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $

Postage $ $9.85

Total Postage and Fees $ $18.80

Postmark Here

WRIGHTSTOWN, NJ 08562
OCT 01 2024
USPS

10/01/2024

Sent To US Atty's office for the SDNY, civil clerk

Street and Apt. No., or PO Box No. 86 Chambers Street, 3rd Floor

City, State, ZIP+4® New York, NY 10007

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions