UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>*Defendant*. | **MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:24-cv-07183-VEC |

Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Kyle Virgien hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff in the above-captioned action.

I am a member in good standing in the bar of the Supreme Court of California, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated this eleventh day of October, 2024.

                                              Respectfully Submitted,

                                              */s/ Kyle Virgien*
                                              Kyle Virgien
                                              American Civil Liberties Union Foundation
                                              National Prison Project
                                              425 California St., 7th Floor
                                              San Francisco, CA 94104
                                              Phone: 415-343-0770
                                              kvirgien@aclu.org