# EXHIBIT E

# Daniel Galindo

| | |
|---|---|
| **From:** | ice-foia@ice.dhs.gov <noreply@securerelease.us> |
| **Sent:** | Tuesday, August 20, 2024 1:02 PM |
| **To:** | Daniel Galindo |
| **Subject:** | ICE FOIA 2024-ICAP-00297, 2024-ICFO-50888 |

**This Message Is From an External Sender**
This message came from outside your organization.

08/20/2024

Daniel Galindo
125 Broad Street
New York, New York 1004

RE:     ICE FOIA Case Number 2024-ICAP-00297, 2024-ICFO-50888

Dear Requester:

The Department of Homeland Security has received your letter appealing the adverse determination of your Freedom of Information Act/Privacy Act (FOIA/PA) request by U.S. Immigration and Customs Enforcement. Your appeal, postmarked or electronically transmitted on 8/19/2024, was received on 8/19/2024.

The Government Information Law Division acknowledges your appeal request of and is assigning it number 2024-ICAP-00297 for tracking purposes.  Please reference this number in any future communications about your appeal.

A high number of FOIA/PA requests have been received by the Department.  Accordingly, we have adopted the court-sanctioned practice of generally handling backlogged appeals on a first-in, first-out basis.  While we will make every effort to process your appeal on a timely basis, there may be some delay in resolving this matter.  Should you have any questions concerning the processing of your appeal, please contact Daniel Edgington ICE FOIA Office/Public Liaison at (866) 633-1182 or at 500 12th St., SW Washington, DC 20536-5009.

Sincerely,

Sara Jazayeri
Chief
Government Information Law Division
ICE Office of the Principal Legal Advisor
U.S. Department of Homeland Security