AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| American Civil Liberties Union Foundation, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Civ. 7183 (VEC) |
| U.S. Immigration and Customs Enforcement, | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant.

Date: 10/31/2024

/s/ Jessica F. Rosenbaum
*Attorney's signature*

Jessica F. Rosenbaum (JR 0524)
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, NY 10007
*Address*

jessica.rosenbaum@usdoj.gov
*E-mail address*

(212) 637-2777
*Telephone number*

(212) 637-2786
*FAX number*