UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　　　　*Defendant*. | **AFFIDAVIT OF MY KHANH NGO IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:24-cv-07183-VEC |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern Districts of New York, I, My Khanh Ngo, hereby swear or affirm that:

1. I am over the age of eighteen (18) and I am fully competent and qualified to make this affidavit.

2. I am submitting this affidavit in support of my motion to practice Pro Hac Vice to appear as counsel for Plaintiff, American Civil Liberties Union Foundation, in the above-captioned action.

3. As shown in the Certificate of Good Standing annexed to this filing, I am a member in good standing of the Supreme Court of the State of California.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no disciplinary proceedings presently against me in any state or federal court.

Dated: This 4th date of November, 2024.

Respectfully Submitted,

My Khanh Ngo
American Civil Liberties Union Foundation
Immigrants' Rights Project
425 California Street, 7th Floor
San Francisco, CA 94104
Phone: (415) 343-0764
mngo@aclu.org

Subscribed and sworn to or affirmed before me this ____ day of _____ in the year 2024.
NOTARY PUBLIC

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco
Subscribed and sworn to (or affirmed) before me on this 4th day of November, 2024, by My Khanh Ngo _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

APRIL M. JOHNSON
Notary Public - California
San Francisco County
Commission # 2380962
My Comm. Expires Nov 13, 2025