

**Eunice H. Cho**
Sr. Counsel
National Prison Project
ACLU National Legal Department

January 15, 2026

By ECF

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

Re:   *American Civil Liberties Union Foundation v. U.S. Immigration and Customs Enforcement*, No. 24 Civ. 7183 (VEC)

Dear Judge Caproni:

Plaintiff American Civil Liberties Union Foundation ("ACLU") brings suit in this case pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update.

As discussed in previous status reports, ICE made three productions of responsive, non-exempt records in this case: on November 14, 2024, December 10, 2024, and January 15, 2025. Following those productions, Plaintiff requested further information about ICE's productions and, in particular, challenged the basis for certain withholdings and inquired whether ICE would release certain previously withheld information. ICE agreed to withdraw its assertion that Exemption (b)(3) applied to information responsive to Part 1 of Plaintiff's first FOIA request and to Plaintiff's second FOIA request; however, because ICE had also redacted the same information pursuant to Exemption (b)(4), ICE's withdrawal of the (b)(3) redactions did not result in the release of any additional information. Nonetheless, on April 1, 2025, ICE re-produced to Plaintiff the documents with the revised exemptions. Additionally, with respect to Exemption (b)(4), ICE agreed to review and reconsider the (b)(4) redactions in all of its productions to assess whether there might be grounds for a discretionary release of any information previously withheld. On April 1, ICE made a discretionary release of 253 pages of re-processed records.

On April 14, 2025, the parties met and conferred regarding next steps in resolving this case. ICE agreed to re-process and release certain pages of its April 1 release and, on April 29, 2025, following re-processing, ICE produced 27 additional pages from the April 1 release. Additionally, on April 17, 2025, ICE produced to Plaintiff a *Vaughn* index for a sample of ten redactions that Plaintiff had selected.



On May 30, 2025, Plaintiff identified additional potentially responsive records regarding solicitations to establish an ICE detention facility at Delaney Hall in Newark, New Jersey, which were withheld in full from the December 10, 2024, production. ICE agreed to re-review those records and on July 28, 2025, ICE re-produced the 62-page document to Plaintiff; 53 of the pages remained redacted in full. Plaintiff challenged these redactions, and after further consultation with the third-party contractor, The GEO Group, ICE again re-produced the document, this time with fewer redactions, to Plaintiff on August 8, 2025. Plaintiff reviewed the production and on September 22, 2025, sent ICE a letter regarding certain withholdings in the August 8 production that it was challenging. ICE reviewed the challenged withholdings and following consultation with The Geo Group, agreed to withdraw the vast majority of the withholdings. ICE re-produced to Plaintiff the document with fewer withholdings on December 3, 2025, and produced a *Vaughn* index for the remaining redactions on December 8, 2025. Plaintiff continues to review the production and index, and is in the process of drafting a settlement proposal to resolve any outstanding issues in the case.

The parties propose the submission of another joint status letter on or before March 6, 2026, to further update the Court on their progress and the status of settlement negotiations. We thank the Court for its consideration of this matter.

Respectfully submitted,

                                 AMERICAN CIVIL LIBERTIES UNION FOUNDATION

                                 By: /s/ *Eunice H. Cho*
                                 EUNICE H. CHO*

                                 Senior Staff Attorney
                                 American Civil Liberties Union
                                 National Prison Project
                                 915 15th Street NW, 7th Floor
                                 Washington, D.C. 20005
                                 Telephone: (202) 548-6616
                                 Email: echo@aclu.org
                                 *Attorney for Plaintiff*
                                 *admitted *pro hac vice*

                                 JAY CLAYTON
                                 United States Attorney for the
                                 Southern District of New York




*Attorney for Defendant*

By:   /s/ *Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov