March 4, 2026

**By ECF**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *American Civil Liberties Union Foundation v. U.S. Immigration and Customs Enforcement*, No. 24 Civ. 7183 (VEC)

Dear Judge Caproni:

      This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update.

      As discussed in previous status reports, ICE made three productions of responsive, non-exempt records in this case: on November 14, 2024, December 10, 2024, and January 15, 2025. Following those productions, Plaintiff requested further information about ICE's productions and, in particular, challenged the basis for certain withholdings and inquired whether ICE would release certain previously withheld information. ICE agreed to withdraw its assertion that Exemption (b)(3) applied to information responsive to Part 1 of Plaintiff's first FOIA request and to Plaintiff's second FOIA request; however, because ICE had also redacted the same information pursuant to Exemption (b)(4), ICE's withdrawal of the (b)(3) redactions did not result in the release of any additional information. Nonetheless, on April 1, 2025, ICE re-produced to Plaintiff the documents with the revised exemptions. Additionally, with respect to Exemption (b)(4), ICE agreed to review and reconsider the (b)(4) redactions in all of its productions to assess whether there might be grounds for a discretionary release of any information previously withheld. On April 1, ICE made a discretionary release of 253 pages of re-processed records.

      On April 14, 2025, the parties met and conferred regarding next steps in resolving this case. ICE agreed to re-process and release certain pages of its April 1 release and, on April 29, 2025, following re-processing, ICE produced 27 additional pages from the April 1 release. Additionally, on April 17, 2025, ICE produced to Plaintiff a *Vaughn* index for a sample of ten redactions that Plaintiff had selected.

      On May 30, 2025, Plaintiff identified additional potentially responsive records regarding solicitations to establish an ICE detention facility at Delaney Hall in Newark, New Jersey, which were withheld in full from the December 10, 2024, production. ICE agreed to re-review those records and on July 28, 2025, ICE re-produced the 62-page document to Plaintiff; 53 of the pages remained redacted in full. Plaintiff challenged these redactions, and after further consultation with the third-party contractor, The GEO Group, ICE again re-produced the document, this time with fewer redactions, to Plaintiff on August 8, 2025. Plaintiff reviewed the production and on September 22, 2025, sent ICE a letter regarding certain withholdings in the August 8 production that it was challenging. ICE reviewed the challenged withholdings and following consultation with

The GEO Group, agreed to withdraw the vast majority of the withholdings. ICE re-produced to Plaintiff the document with fewer withholdings on December 3, 2025, and produced a *Vaughn* index for the remaining redactions on December 8, 2025.

On February 20, 2026, Plaintiff sent ICE a proposal to resolve all remaining issues in this case, including attorneys' fees, which ICE has begun reviewing. To permit ICE sufficient time to evaluate the proposal and the parties time to negotiate a potential resolution of this matter, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before May 5, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York
*Attorney for Defendant*

By:    /s/ *Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
*Attorney for Plaintiff*

By:    /s/ *Carmen Iguina González*
CARMEN IGUINA GONZÁLEZ*
Deputy Director for Immigration Detention
American Civil Liberties Union
National Prison Project
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 675-2317
Email: ciguinagonzalez@aclu.org
**pro hac vice* application forthcoming*