**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>　　　　　*Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　*Defendants.* | Case No.: 1: 24-cv-7183 |

**PROPOSED ORDER GRANTING MOTION OF EUNICE H. CHO
TO WITHDRAW AS COUNSEL**

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the

appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff American Civil Liberties

Union Foundation in the above-captioned action is hereby GRANTED.

**SO ORDERED.**

Dated: _____, 2026

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Hon. Valerie E. Caproni
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge