**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br>       *Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>       *Defendants.* | Case No.: 1: 24-cv-7183 |

## ~~PROPOSED~~ ORDER GRANTING MOTION OF EUNICE H. CHO TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4, and for good cause shown, the motion to withdraw the appearance of Eunice H. Cho as counsel of record on behalf of Plaintiff American Civil Liberties Union Foundation in the above-captioned action is hereby GRANTED.

       **SO ORDERED.**

Dated: March 25 , 2026

_____
The Hon. Valerie E. Caproni
United States District Judge