May 4, 2026

**By ECF**

Hon. Valerie Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY  10007

       Re:    *American Civil Liberties Union Foundation v. U.S. Immigration and Customs Enforcement*, No. 24 Civ. 7183 (VEC)

Dear Judge Caproni:

This Office represents Defendant U.S. Immigration and Customs Enforcement ("ICE") in the above-named action. Plaintiff American Civil Liberties Union Foundation ("ACLU") brings suit pursuant to the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). The parties respectfully submit a joint status update.

As discussed in previous status reports, ICE made three productions of responsive, non-exempt records in this case. On February 20, 2026, Plaintiff sent ICE a proposal to resolve all remaining issues in this case, including attorneys' fees. The parties have had several conversations concerning a potential resolution of this matter but need additional time to continue their negotiations. Accordingly, the parties propose the submission of a Stipulation of Settlement and Dismissal on or before June 18, 2026, or, if they are unable to resolve this matter by that time, another status report updating the Court on the status of settlement negotiations and proposing next steps.

We thank the Court for its attention to this matter.

          Respectfully submitted,

          JAY CLAYTON
          United States Attorney for the
          Southern District of New York
          *Attorney for Defendant*

By:    /s/ *Jessica F. Rosenbaum*
          JESSICA F. ROSENBAUM
          Assistant United States Attorney
          86 Chambers Street, 3rd Floor
          New York, New York 10007
          Telephone: (212) 637-2777
          E-mail: jessica.rosenbaum@usdoj.gov

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
*Attorney for Plaintiff*

By:    /s/ *Carmen Iguina González*
CARMEN IGUINA GONZÁLEZ*
Deputy Director for Immigration Detention
American Civil Liberties Union
National Prison Project
915 15th Street NW, 7th Floor
Washington, D.C. 20005
Telephone: (202) 675-2317
Email: ciguinagonzalez@aclu.org
**admitted pro hac vice*

2